IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-02757-REB-KMT

UNITED STATES OF AMERICA,

    Petitioner,

v.

CARL WELCH,

    Respondent.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Notice of Voluntary Dismissal of Case** [#7], filed February 3, 2009. After careful review of the notice and the file, the court has concluded that the notice should be approved and that this action should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the court's **Order To Show Cause** [#5], entered December 23, 2008, is **DISCHARGED**;

    2. That the **Notice of Voluntary Dismissal of Case** [#7], filed February 3, 2009, is **APPROVED**;

    3. That this action is **DISMISSED**; and

    4. That the Order To Show Cause Hearing set for Wednesday, February 4, 2009, is **VACATED**.

    Dated February 3, 2009, at Denver, Colorado.

                  BY THE COURT:

                    /s/ Robert E. Blackburn
                    Robert E. Blackburn
                    United States District Judge